1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
JUNIOR WALKER and TAHERA BULLEN-WALKER, on behalf
of themselves and on behalf of their infant
children T.W. and N.W.,
                              Plaintiffs,
            - against -
THE CITY OF NEW YORK, STACEY ROBINSON, Caseworker,
New York City Administration of Children's Services,
in her individual and official capacities, GLADYS
WHITE, Supervisor, New York City Administration of
Children's Services, in her individual and
official capacities, JACQUELINE MCKNIGHT,
Assistant Commissioner-Brooklyn, New York City
Administration of Children's Services, in her
individual and official capacities, SHARON ROGERS,
Deputy Director for Brooklyn Field Office,
Zone E, New York City Administration of Children's
Services, in her individual and official capacities,
BURTON LEWIS, Supervisor, New York City
Administration of Children's Services, in his
individual and official capacities, KAREN
SAWYER-BARRO, Supervisor, New York City
Administration of Children's Services, in her
individual and official capacities, NATARSKY
LOUISSAINT, Caseworker, New York City
Administration of Children's Services, in her
individual and official capacities, and JOHN
MATTINGLY, former Commissioner of the New York
City Administration of Children's Services, in his
individual and official capacities,
                              Defendants.
Civil Action No.:  12-CV-2545(WFK)(MDG)
------------------------------------------x

                              April 16, 2014

            (Continued.)



            REALTIME REPORTING, INC.
         124 East Main Street, Suite 202
            Babylon, New York 11702
                516-938-4000
            www.realtimereporting.com

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
JUNIOR WALKER and TAHERA BULLEN-WALKER, on behalf
of themselves and on behalf of their infant
children T.W. and N.W.,

                              Plaintiffs,

         - against -

THE CITY OF NEW YORK, STACEY ROBINSON, Caseworker,
New York City Administration of Children's Services,
in her individual and official capacities, GLADYS
WHITE, Supervisor, New York City Administration of
Children's Services, in her individual and
official capacities, JACQUELINE MCKNIGHT,
Assistant Commissioner-Brooklyn, New York City
Administration of Children's Services, in her
individual and official capacities, SHARON ROGERS,
Deputy Director for Brooklyn Field Office,
Zone E, New York City Administration of Children's
Services, in her individual and official capacities,
BURTON LEWIS, Supervisor, New York City
Administration of Children's Services, in his
individual and official capacities, KAREN
SAWYER-BARRO, Supervisor, New York City
Administration of Children's Services, in her
individual and official capacities, NATARSKY
LOUISSAINT, Caseworker, New York City
Administration of Children's Services, in her
individual and official capacities, and JOHN
MATTINGLY, former Commissioner of the New York
City Administration of Children's Services, in his
individual and official capacities,
                              Defendants.
Index No.:  12-CV-2545(WFK)(MDG)
------------------------------------------------x

                              100 Church Street
                              New York, New York

                              April 16, 2014
                              10:32 a.m.

         Deposition of the Defendant THE
CITY OF NEW YORK, by TRACY FRANCIS-MARTIN,
pursuant to Notice, before Erika Gunther, RPR,
a Notary Public of the State of New York.

3

```
1
2      A P P E A R A N C E S:
3      KATHY A. POLIAS, Attorney-At-Law
4      Attorneys for Plaintiff
5           68 Jay Street, Suite 201
6           Brooklyn, New York 11201
7      BY:   KATHY A. POLIAS, ESQ.
8               - and -
9      GEORGIA E. McCARTHY, PLLC
10     Co-Counsel for Plaintiffs
11          902 East 86th Street
12          Brooklyn, New York 11236
13          (NOT PRESENT)
14
15     NEW YORK CITY LAW DEPARTMENT OFFICE OF THE
16     CORPORATION COUNSEL
17     Attorneys for Defendants
18          100 Church Street
19          New York, New York 10007
20     BY:   CHARLES CAREY, ESQ.
21
22
23
24
25
```

12

Francis-Martin

1      Q.     They could be used

2  interchangeably?

3      A.     Yes.

4      Q.     This is a little bit tedious, but

5  I have to go through it unfortunately.  You

6  understand that you've been called here as

7  what's called a 30(b)(6) witness, correct?

8      A.     Yes.

9      Q.     I'm going to be asking you a

10  series of questions relating to testifying as

11  a 30(b)(6) witness.

12      Are you authorized by the City of

13  New York to speak on behalf of the City of New

14  York regarding any policies in place in ACS or

15  the City of New York in 2007, 2008 and 2009 on

16  assessing the credibility of children who were

17  subjects of ACS investigations?

18      A.     Yes.

19      Q.     Are you authorized by the City of

20  New York to speak on behalf of the City

21  regarding any changes that were implemented to

22  ACS' or the City of New York's policies or

23  procedures for investigating complaints of

24  child abuse or neglect, initiating petitions

12

Francis-Martin

1      Q.     They could be used

2  interchangeably?

3      A.     Yes.

4      Q.     This is a little bit tedious, but

5  I have to go through it unfortunately.  You

6  understand that you've been called here as

7  what's called a 30(b)(6) witness, correct?

8      A.     Yes.

9      Q.     I'm going to be asking you a

10  series of questions relating to testifying as

11  a 30(b)(6) witness.

12      Are you authorized by the City of

13  New York to speak on behalf of the City of New

14  York regarding any policies in place in ACS or

15  the City of New York in 2007, 2008 and 2009 on

16  assessing the credibility of children who were

17  subjects of ACS investigations?

18      A.     Yes.

19      Q.     Are you authorized by the City of

20  New York to speak on behalf of the City

21  regarding any changes that were implemented to

22  ACS' or the City of New York's policies or

23  procedures for investigating complaints of

24  child abuse or neglect, initiating petitions

13

Francis-Martin

1
2  of neglect or abuse in family court and/or
3  prosecuting petitions of neglect or abuse in
4  family court in 2005, 2006 or 2007, including
5  but not limited to any changes that were
6  implemented as a result of the case of
7  Nixzmary Brown?
8          A.      Yes.
9          Q.      Nixzmary is N-I-X-Z-M-A-R-Y.
10  That's the first name.  Brown is the last
11  name.
12                  Are you authorized by the City of
13  New York to speak on behalf of the City
14  regarding any policies and procedures that
15  were in place in ACS or the City of New York
16  in 2007, 2008 and 2009 in documenting and
17  recording marks that were found on the bodies
18  of subject children?
19          A.      Yes.
20          Q.      By "subject children," I mean the
21  children who were the subjects of ACS
22  investigations.
23          A.      Yes.
24          Q.      Are you authorized by the City of
25  New York to speak on behalf of the City

14

Francis-Martin

1  regarding any policies or procedures that were

2  in place in ACS or the City of New York in

3  2007, 2008 and 2009 for the taking by ACS

4  caseworkers or supervisors of photos or videos

5  of subject children?

6          A.      Yes.

7          Q.      Are you authorized by the City of

8  New York to speak on behalf of the City

9  regarding any policies or procedures in place

10 in ACS or the City of New York in 2007, 2008

11 and 2009 for investigating or examining the

12 bodies of subject children?

13         A.      Yes.

14         Q.      Are you authorized by the City of

15 New York to speak on behalf of the City

16 regarding any policies or procedures in place

17 in ACS or the City of New York in 2007, 2008

18 and 2009 for ACS caseworkers and supervisors

19 applying first aid to subject children?

20         A.      Yes.

21         Q.      Are you authorized by the City of

22 New York to speak on behalf of the City

23 regarding any policies or procedures in place

24 in ACS or the City of New York in 2007, 2008

15

Francis-Martin

1   

2   and 2009 for when ACS should conduct removals

3   of subject children from their families

4   without a court order and/or how -- and/or how

5   those removals should be conducted?

6         A.    Yes.

7         Q.    Are you authorized by the City of

8   New York to speak on behalf of the City

9   regarding any policies or procedures in place

10   in ACS or the City of New York in 2007, 2008

11   and 2009 for assessing whether subject

12   children were at imminent risk of danger?

13         A.    Yes.

14         Q.    Are you authorized by the City of

15   New York to speak on behalf of the City of New

16   York regarding any policies or procedures in

17   place in ACS or the City of New York in 2007,

18   2008 and 2009 for questioning or interviewing

19   subject children, whether at home, in school

20   or another location?

21         A.    Yes, I am.

22         Q.    Are you authorized by the City of

23   New York to speak on behalf of the City

24   regarding any policies and procedures that

25   were in place in ACS or the City in 2007, 2008

16

Francis-Martin

1   and 2009 regarding City employees and ACS

2   making visits to schools concerning subject

3   children?

4

5           A.      Yes.

6           Q.      Are you authorized by the City of

7   New York to speak on behalf of the City

8   regarding any policies or procedures in place

9   in ACS or the City of New York in 2007, 2008

10  and 2009 for ACS caseworkers or supervisors

11  filing criminal complaints or police reports

12  against alleged or suspected abusers of

13  children?

14          A.      Yes.

15          Q.      Are you authorized by the City of

16  New York to speak on behalf of the City

17  regarding any policies or procedures in place

18  in ACS or the City in 2007, 2008 and 2009 for

19  the placement of subject children in homes or

20  with families after removal?

21          A.      Yes, I am.

22          Q.      Are you authorized by the City of

23  New York to speak on behalf of the City

24  regarding any zero-tolerance policy --

25  quote/unquote, zero-tolerance policy that was

17

Francis-Martin

1

2  in place in ACS or the City in 2007, 2008 and

3  2009 with regards to allegations of child

4  abuse or neglect?

5      A.      Yes.

6      Q.      Finally, are you authorized by

7  the City of New York to speak on behalf of the

8  City regarding any policies or procedures that

9  were in place in ACS or the City in 2007, 2008

10  and 2009 for ACS caseworkers and supervisors

11  making entries into Connections?

12      A.      Yes.

13      Q.      Okay, thank you.

14          I'm going to be asking you a

15  series of questions focused on the year --

16  mostly focused on the year 2009.  If I'm

17  deviating from the year 2009, I will let you

18  know, but otherwise the question will be

19  asking about what policies and procedures were

20  in place in 2009.

21          Back during that time period in

22  2009, what was the function of the borough

23  offices?

24      A.      Okay, so the borough offices are

25  located in all five boroughs.  ACS,

18

1                           Francis-Martin

2      Administration For Children's Services, is a

3      division that investigates allegations of

4      child abuse and neglect.  A specific division

5      within that agency that deals with those cases

6      is called the Division of Child Protection.

7      The Division of Child Protection, we have

8      office location in all five boroughs, which we

9      call the borough office.  Some boroughs,

10     because of their size, we have more than one

11     site within that borough, so the role of the

12     borough office -- the staff within the borough

13     offices varies.  The main function, this is

14     where -- when cases are called into the State

15     Central Registry, the SCR, when cases are

16     called in, they are geographically assigned

17     based on the location or the address, the

18     geographic location of the alleged subject

19     child, so the borough offices are then

20     assigned these cases from -- directly from the

21     State Central Registry, and then these cases

22     are in turn dispersed to different units

23     within the borough office that go out, and

24     their job is to execute an investigation based

25     on the information that was reported to the

19

Francis-Martin

1

2          State Central Registry.

3                   Q.      Okay.

4                           When you speak about geographical

5          regions, are those referred to as zones?

6                   A.      Zones, yes.

7                   Q.      Okay.

8                           Back in 2009 did the borough

9          office receive the reports directly from the

10         State Central Register?

11                  A.      Yes.

12                  Q.      Who in those offices --

13                          MS. POLIAS:  Withdrawn.

14                  Q.      What was the title --

15                          MS. POLIAS:  Withdrawn.

16                  Q.      Was there a specific department

17         within those borough offices that received the

18         reports from the State Central Register?

19                  A.      Yes.

20                  Q.      Okay.

21                          What department or section was

22         that?

23                  A.      So when the cases come from the

24         State Central Registry, they're first assigned

25         to the applications unit.

Francis-Martin

1

2  Q.    Okay.

3        Each borough office had an

4  applications unit?

5  A.    Yes, they do.

6  Q.    What do the applications units do

7  after they've received it?

8  A.    So once the applications unit

9  receives a case, their job is to perform a

10  series of clearance to ensure that the

11  addresses are correct, because sometimes cases

12  come into the State and addresses are -- we

13  have no address linked to -- we just have a

14  series of names or date of -- and date of

15  birth, so they have a series of clearance that

16  they complete.  Then they're also responsible

17  -- responsible to assign the case to the unit

18  based on the availability of that team and the

19  community district within where that family

20  resides.

21  Q.    Okay.

22        How did the applications unit in

23  each borough office actually receive the

24  report from the State Central Register?  By

25  what method did they receive the report back

21

Francis-Martin

1  in 2009?

2

3       A.      It's computerized.

4       Q.      Are you familiar with the term

5  Connections?

6       A.      Connections, yes.

7       Q.      Did those reports come over

8  Connections to the applications unit?

9       A.      Yes.

10      Q.      Back in 2009, did the

11  applications unit have access to parts of

12  Connections that other units in the borough

13  office did not have access to?

14      A.      I am not sure, but I believe so.

15      Q.      Okay.

16              What part of Connections, back in

17  2009, did the reports come over -- come

18  from --

19              MS. POLIAS:  I'm sorry,

20         withdrawn.

21      Q.      Was there a specific part of

22  Connections through which the report from the

23  State Central Register came to the

24  applications unit?

25      A.      I don't understand that question.

22

Francis-Martin

1

2    Q.     Is it correct that Connections

3    has different tabs or sections?

4    A.     Yes.

5    Q.     Okay.

6           Was there a specific tab or

7    section of Connections that the report from

8    the State Central Register came in to for the

9    applications unit to be able to view it?

10   A.     I'm not sure if I understand the

11   question, but I know it's called their

12   workload.  When cases come in, it's assigned

13   to the supervisor -- the application

14   supervisor's workload.

15   Q.     Okay.  Let me ask it a different

16   way.

17          How was the applications unit

18   alerted through Connections that a report was

19   being sent from State Central Register?

20   A.     They're able to see new cases on

21   their -- on their workload.

22   Q.     Okay.

23   A.     Yeah, they see the cases come --

24   pop up on their workload or -- yeah.

25   Q.     Was there somebody in the

23

Francis-Martin

1

2     applications unit who was supposed to be

3     monitoring whether reports were coming in from

4     the State Central Register?

5          A.     Yes.

6          Q.     Okay.

7                 Were they supposed to -- was

8     there a way for them to be alerted so that

9     they would immediately look at that report

10    from the State Central Register when it came

11    on Connections?

12         A.     Yes, there is, because when cases

13    are -- come in, there's a time frame in which

14    we need -- they need to assign those cases to

15    the units that are up next for cases.

16         Q.     Okay.

17                Are you familiar with the term

18    high priority?

19         A.     Yes.

20         Q.     What -- were some cases from

21    Connections --

22                MS. POLIAS:  I'm sorry,

23         withdrawn.

24         Q.     Was the term high priority used

25    back in 2009 in relation to reports that were

25

Francis-Martin

1   on the selected safety factor, so a safety

2   factor that's selected can also trigger a

3   high-priority code on -- to populate on a

4   case.

5         Q.     Are you familiar with the term

6   ORT?

7         A.     Yes.   That's the oral report

8   transmission -- transmittal.

9         Q.     That was the actual report that

10  came from the State Central Register to the

11  applications unit; is that correct?

12        A.     Yes, it is.

13        Q.     When the ORT came in, did it

14  already have a priority code on it?

15        A.     For the most times, yes, it does

16  have a priority code assigned based on the

17  nature of the allegations and the seriousness

18  of the allegations.

19        Q.     How many different priority codes

20  were there?

21        A.     1 to 13, I believe.  I think it's

22  1 to 13, priority codes 1 to 13.

23        Q.     Which of those codes were

24  considered high-priority codes?

28

Francis-Martin

1

2    A.    They would see there's no code

3    assigned to it.

4    Q.    Okay.

5    A.    They would see that.  However, I

6    think I said before that that could change,

7    because sometimes you go out and there are

8    other factors or other contributing factors

9    that were not reported, so based on the

10   assessment that you complete and the trigger

11   in their safety assessment, it then generates

12   the -- attaches a priority code to that

13   investigation.

14   Q.    Okay.

15         If the ORT did not have a

16   priority code on it, that would -- that meant

17   that it was not a high priority; is that

18   correct?

19   A.    Yes.

20   Q.    Okay.

21         Back in 2009, what was --

22         MS. POLIAS:  Withdrawn.

23   Q.    Back in 2009, what did the

24   applications unit do with the ORT or the

25   report from the central register after it

29

Francis-Martin

1   received it?

2

3       A.      So once I -- once a case is

4   received from the State Central Registry it

5   goes to the applications unit.  Then they

6   are -- they're responsible to assign -- for

7   assigning the cases to the -- either a

8   protective diagnostic unit, or if the case is

9   specifically regarding a sex abuse or

10  hospital, those cases go to those units that

11  handle those types of cases.  If the case is

12  an educational neglect case, then the case is

13  going to the educational neglect unit.

14      Q.      Okay.

15              What types of cases did the

16  protective diagnostic units handle?

17      A.      This unit basically handles

18  everything, anything regarding substance abuse

19  concerns, mental illness, children having

20  marks or bruises, dirty homes, children being

21  left home alone unsupervised.  However, the --

22  for example, the educational unit would --

23  would respond to reports that were

24  specifically concerning children not going to

25  school and their educational needs were not

30

Francis-Martin

1
2 being met.

3     Q.    Okay.

4     A.    The sex abuse/hospital unit
5 handles cases where -- for a hospital case,
6 the child had to be in the hospital at the
7 time of the report, the child is still in the
8 hospital, or for sex abuse cases there are
9 concerns of a child being sexually abused.

10     Q.    Did the protective diagnostic
11 units handle all the cases that the
12 educational neglect, the hospital unit and the
13 sex abuse unit --

14     A.    Sometimes, I'm sorry.

15     Q.    -- did not handle?

16     A.    Sometimes, yes, they did, and
17 sometimes they would handle educational
18 neglect or sex abuse or hospital case too
19 depending upon availability, because cases are
20 assigned to units based on staff availability,
21 so if you only had two workers present for the
22 hospital and sex abuse that day, and you had
23 five cases coming in, the other three cases
24 wouldn't sit and wait for -- they were
25 rerouted to other -- other units.

31

Francis-Martin

Q.      Back in 2009, who in the
protective diagnostic units actually received
the assignment from the applications unit?

A.      Okay, so once the cases -- the
application unit assigns the case to the child
protective specialist supervisor.  That
supervisor reviews the case and then assigns
the case to the staff that's -- there's a
rotation, so they will assign the case next --
to the staff who is up next in the rotation.

Assignment means I -- there's a
conversation with that staff as to what the
report is about, what -- guidance is given as
to what could be some of the possible causes,
hypothesis as to what could be going on and
guidance related to what actions or what steps
we need to take to initiate the investigation.

Q.      Okay.

Is it correct that there were
multiple protective diagnostic units in the
borough offices?

A.      Yes.

Q.      How did the applications unit
decide which protective diagnostic unit to

32

Francis-Martin

1  assign it to?

2      A.    They also have a pending

3  rotation.

4      Q.    Okay.

5      You said that a supervisor in the

6  protective diagnostic unit would receive the

7  assignment, correct?

8      A.    Right, a Supervisor Level II

9  received the assignment.  Whether it's a

10  protective diagnostic unit or it's an

11  educational neglect unit or it's the hospital

12  sex abuse unit, cases are assigned from the

13  applications unit to a supervisor who is then

14  going to disperse it to a child protective

15  specialist.

16      Q.    You mean a Supervisor II when --

17      A.    A Supervisor II receives the

18  case.  Then he or she disperses the case to

19  the child protective specialist.

20      Q.    Were there any other factors that

21  went into determining which child protective

22  specialist or which caseworker would handle

23  which case beside doing it on a rotation

24  basis?

34

                          Francis-Martin

1

2      the caseworker who was up in the rotation, but

3      the caseworker had the assistance of another

4      caseworker in fulfilling that assignment; is

5      that correct?

6              A.      Right, correct.

7              Q.      Okay.

8                      Back in 2009, what was the

9      hierarchy of titles within the borough office

10     from lowest to highest?

11             A.      Okay, so our -- our child

12     protective specialist is the lowest.

13             Q.      Is that also referred to as a

14     caseworker?

15             A.      A caseworker, yes.

16                     Then some borough offices have

17     Child Protective Specialist Supervisor I.

18     That's above the caseworkers.  Then the Child

19     Protective Specialist Supervisor II, and then

20     you have the child protective manager, the

21     deputy director for that zone.

22             Q.      Was the full title deputy

23     director of operations?

24             A.      Yes.

25                     Then you have a first deputy.

35

1                         Francis-Martin

2          Q.     Is the first deputy in the

3    borough office?

4          A.     Yes.

5          Q.     Okay.

6                 Is there anyone above the first

7    deputy?

8          A.     Yes, the assistant commissioner.

9          Q.     Back in 2009, if there were

10   several borough offices in a borough, did each

11   borough office -- was each borough office

12   assigned to a specific zone in that borough?

13         A.     So the borough offices could have

14   more than one zone within that location --

15   within that borough location.

16         Q.     Okay.

17                Do you mean one office could

18   have --

19         A.     One office --

20         Q.     -- more than --

21         A.     -- could have more than one zone.

22         Q.     I'm sorry, I did it too.  Let's

23   just try to refrain from speaking over each

24   other so the court reporter can take down

25   everything.

36

Francis-Martin

1

2      A.      Oh, okay.

3      Q.      It's okay.  I did it as well.

4              Back in 2009, did the first

5  deputy have an office in a borough office that

6  was responsible for one or more zones?

7      A.      Okay, so the first deputy -- the

8  borough has only one assistant commissioner

9  and one first deputy.

10     Q.      Okay.

11     A.      They're responsible for all the

12  borough office locations within that borough.

13  The deputies are responsible for that

14  office --

15     Q.      Right.

16     A.      -- for those zones within that

17  office.

18     Q.      So if there were multiple borough

19  offices in a borough, where did the first

20  deputy have his or her office?  Where did he

21  or she work from?

22     A.      It varies.  It varies.  They

23  could be anyplace at any time.

24     Q.      Okay.

25              They had --

37

Francis-Martin

1

2      A.      There's a central location for

3  them.  However, because of the nature of the

4  work they go to different offices.  That's

5  part of their...

6      Q.      Where did the assistant

7  commissioner have his or her office?

8      A.      They too have a central location.

9  However, they have to go to all their sites.

10      Q.      Back in 2009, do you know where

11  the central location was for Brooklyn?

12      A.      Brooklyn, I believe the central

13  location is at Bedford Avenue.

14      Q.      Okay.

15          The deputy director of operations

16  had his or her office inside the borough

17  office; is that correct?

18      A.      Bedford Avenue has different --

19  different zones within there.

20      Q.      I'm sorry --

21      A.      So the deputy director is located

22  in that office, as well as the assistant

23  commissioner's office is there, and as well as

24  the first deputy.  Are the assistant

25  commissioner and first deputy always there?

38

                              Francis-Martin

1
2        No, because there are several other locations
3        within Brooklyn.
4              Q.      Okay.
5                      Did each -- did each borough
6        office have its own deputy director of
7        operations back in 2009?
8              A.      Yes.
9              Q.      In assigning cases to caseworkers
10       or child protective specialists, was the
11       Supervisor II supposed to consider at all the
12       experience of the caseworker or child
13       protective specialist within the agency?
14             A.      No.
15             Q.      What role did the Supervisor I
16       play in the investigations back in 2009, or
17       what role was the Supervisor I supposed to
18       play within the investigations?
19             A.      Well, they're very limited,
20       Supervisor I, so their role varied, but
21       they're basically the assistants to the
22       Supervisor II.  They can also go out into the
23       field with CPS staff or caseworkers when --
24       when needed.  They also cover cases when
25       caseworkers are out, and they assist the

39

Francis-Martin

1
2    supervisor in supervisory functions such as
3    case assignments, if the supervisor is not
4    present, or sometimes they assist with
5    convening family meetings with the caseworkers
6    and families.
7         Q.      Okay.
8              You said that -- did you say that
9    they're very limited supervisors?
10        A.      I's.
11        Q.      Right, Supervisor I's are very
12   limited supervisors; is that correct?
13        A.      No, no, Level I Supervisors, we
14   don't have a lot of them --
15        Q.      Okay.
16        A.      -- so not -- every Supervisor II
17   does not have a Supervisor I.
18        Q.      Okay.
19              Back in 2009, what role was the
20   Supervisor II supposed to play in
21   investigations of child abuse and neglect?
22        A.      Okay, so the Supervisor II's main
23   role is to assign the cases.  They are to
24   provide guidance to the staff as to what are
25   the steps that are needed to investigate.

40

Francis-Martin

1   Their role is to ensure that the casework

2   practice guidelines are completed on all

3   investigations.  They are responsible to

4   ensure that there's appropriate staffing

5   within their units in terms of coverage for

6   that unit.  They also attend meetings with and

7   on behalf of the caseworker to -- whether it's

8   a school meeting, a family team meeting, a

9   child safety conference meeting.  They can be

10  called into court for various reasons, so they

11  do sometimes have to go to court.  If the

12  worker is out, they may be called to cover

13  that case in court.  There are specific time

14  frames within the length of an investigation

15  that that supervisor have to provide guidance

16  as to where -- how to move that case

17  investigation from one step to the next to

18  closure.  They are the eyes and ears for

19  ensuring the appropriate resources are

20  assigned to families when needed basically.

21       Q.     Did that guidance include actual

22  instructions to the caseworker?

23       A.     Yes.  They had to give verbal as

24  well as written instructions to the

41

                        Francis-Martin

1   caseworkers.

2           Q.      Okay.

3                   When you said that the Supervisor

4   II's --

5           MS. POLIAS:   Withdrawn.

6           Q.      You said that the Supervisor II's

7   had to ensure compliance with the casework

8   guidelines; is that correct?

9           A.      Yes.

10          Q.      What did you mean by casework

11  guidelines?

12          A.      Specific functions that need to

13  happen during the course of an investigation

14  that are mandated both through the State, as

15  well as guidelines to support practice for

16  case -- proper casework practice.

17          Q.      Could you give me some examples

18  of what you're referring to as regards to

19  casework guidelines?

20          A.      Okay, so, for example, a case

21  comes in with regards to a child in the

22  hospital who was born positive tox.  The

23  supervisor would -- roles could lead to, one,

24  a review of that family's prior history, if

42

                    Francis-Martin

1

2    that family has history, to see what are the

3    trends and patterns here, guidelines such as

4    going out to the field, who the worker needs

5    to talk to, what are -- what could be some

6    possible questions to ask, guidelines

7    regarding speaking with neighbors, speaking

8    with family resources, guidelines regarding

9    assessing the home.  Is there food in the

10   home?  Does each child have appropriate

11   sleeping arrangements?  Assessing of the

12   finances in the home to ensure that there is

13   appropriate money -- you know, there's monies

14   to cover the family's needs.  Assessing

15   school.  Are the children in school?  Are they

16   attending school?  Are there any concerns in

17   school?  Has Mom or the caretaker been

18   cooperative with the school needs or their

19   concerns?  Speaking to all the adult subjects

20   in the home, all the children who are in the

21   home, getting information regarding their

22   medical -- contact with medical providers,

23   assessing children in terms of whether or not

24   they have marks or bruises with the permission

25   of the parent, contacting school, making

43

                         Francis-Martin

1

2    visits to the school and the list goes on.

3          Q.     Okay.

4          A.     Once the caseworker collects

5    these things, then the supervisor -- it's

6    documented.  The supervisor is reviewing that

7    information, and based on what's been -- the

8    information that's coming in, then -- based on

9    the information that's coming in, then they

10   have to make other judgments as to what other

11   steps are needed to proceed with this

12   investigation.

13         Q.     Okay.

14                Back in 2009, what role was the

15   manager or the child protective manager

16   supposed to play in the investigations?

17         A.     Okay, so back in 2009 managers

18   were assigned to high-priority cases.  They

19   were, like -- they were assigned to

20   high-priority cases.  Their role is to cover

21   an area of at least three to four supervisors

22   and their workers, so they could have anywhere

23   from 20 up to 25 or 30 individuals that

24   they're responsible for.  Managers ensured

25   appropriate coverage within their area,

44

Francis-Martin

ensured case practice was being completed,

case practice guidelines were adhered to,

ensured that policies and procedures were

adhered to.  They were there to consult on

very serious cases or provide -- and

provide -- as well as provide support to that

supervisory team and CPS as to what next steps

are needed to support the investigation.

Managers had to complete -- have to complete

random reviews of cases within their area.

They have to meet individually as well as have

group supervision with the supervisory teams

in their area to provide support to them, to

discuss agency policies or procedures that

were given or to provide training with regards

to any identified needs within their areas.

     Q.     Okay.

     Who actually assigned the

managers to high-priority cases?

     A.     Applications unit does that.

     Q.     Okay.

     Were all high-priority cases

specifically assigned to a manager by the

applications unit?

50

Francis-Martin

1  priority -- I think, yes -- it varied.  There

2  were no specific conditions that they had to

3  meet.

4          Q.     Could he or she choose any three

5  cases that he or she wanted to choose?

6          A.     Yes, any case from the areas --

7  the supervisory areas for which they

8  supervised.

9          Q.     Okay.

10               What role was the deputy director

11  of operations supposed to play in

12  investigations?

13          A.     I have been withdrawn from the

14  field for a while.  I don't recall their

15  specific duties.  I don't recall their

16  specific duties.

17          Q.     Okay.

18               You indicated that after the

19  Supervisor II's assign the case to a

20  caseworker they have a discussion with the

21  caseworker about how to proceed in the case;

22  is that correct?

23          A.     Yes.

24          Q.     What types of clearances, back in

52

Francis-Martin

not have had at the time of the case being

assigned to them from the State Central

Registry, so supervisors were providing,

basically, similar clearances.

    Q.    After the Supervisor II had a

conversation with the caseworker about the

case, what was supposed to happen from there?

    A.    Okay, so once the caseworker

received his or her case assignment and

guidance was given by the supervisor, some of

their task -- usually their first line of

response is to contact the source of the

report to ensure -- just to get further

information with regards to the allegation

that the State have recorded.

    The CPS caseworker then goes out

to the field.  Within 24 hours for

high-priority cases a home visit is made to

see the alleged subject children and the

alleged subject caretakers or within 48 hours

for cases that does not meet -- the case is on

nonhigh-priority levels.  For the most part we

would say that cases are initiated within

24 hours.  Regardless of what priority they

53

Francis-Martin

1 have, cases are initiated within 24 hours.

2 Q. Okay.

3 Was that the practice back in

4 2009, to try to initiate all types of cases

5 within 24 hours in terms of a home visit?

6 A. Yes.

7 Q. Was the caseworker back in 2009

8 supposed to call the family before making the

9 home visit?

10 A. No.

11 Q. Okay.

12 A. Even today, no. Visits -- visits

13 were made anonymously, first visits. There

14 are times when you made an anonymous visit,

15 and if you are continuously missing the

16 family, then you make a call, based on the

17 number you have, to try to coordinate an

18 appointment to go out and see the family.

19 Q. Back in 2009, what was the

20 caseworker supposed to do when he or she was

21 at the home?

22 A. Okay, so cases -- a case is

23 received. A worker gets his or her guidance.

24 They go out to the home, meet with all the

54

Francis-Martin

1   family members, conduct separate interviews of

2   all the family members present in the home for

3   the adult subjects, interviews relevant to the

4   nature of the allegations, engagement with the

5   client with regards to, you know, how was your

6   day, et cetera, getting a general gist of

7   what's going on in the home, and they were to

8   assess the home.  Is there adequate sleeping

9   arrangement for the children?  Is there

10  sufficient food in the home?  Is there

11  appropriate finances?  How was the family

12  supporting themselves?  With regards to the

13  children, each child is to be interviewed

14  separately.  We are to ask the parents'

15  permission to show the child -- show us the

16  child's body to check for any suspicious marks

17  and bruises, ask information regarding

18  medical, school information, having the parent

19  sign releases for contact with these resources

20  that they're giving us so we can confirm or

21  just -- you know, confirm the information that

22  they're providing, find out about different

23  family supports, speak to the children about

24  the allegations, speak to them about any

55

Francis-Martin

1 concerns they may have.  It's an opportunity

2 for them to also ask us questions.  It's an

3 opportunity for us to identify with the family

4 any need for any services or resources that

5 might be needed and an opportunity for us to

6 help the family, to be supportive and support

7 the family in that way.

8 Sometimes when we go out on cases

9 there may be safety concerns that require

10 either immediate use of our emergency removal

11 powers or if the child is in imminent danger

12 or we could exercise our right to receive a

13 court order prior to that remove -- to

14 removing the child.  There are times when we

15 go out where we see a need for immediate

16 hospital involvement, and we're advising the

17 parent they need to take the child to the

18 hospital or -- so we could either, you know,

19 escort them just to make sure that they go.

20 There are times when we go out on

21 cases and there might be need for us to

22 contact our initial response team, which is

23 our IRT coordinator, to say there might be

24 possible criminality here and we need

56

Francis-Martin

1   assistance of NYPD.  Sometimes that's already

2   initiated prior to going out, but if we go out

3   and we find other information that wasn't

4   shared to the State, we have a right to do so.

5        Q.     Okay.

6               Was the caseworker supposed to

7   try to interview the child in the home during

8   the first home visit?

9        A.     Yes.

10       Q.     Are you familiar with the

11   casework practice guide?

12       A.     Yes.

13       Q.     In that practice guide, is it

14   recommended that the caseworker try to

15   interview the child in school or at another

16   location and not at the home?

17       A.     Yes.

18       Q.     Do you know why that

19   recommendation is made?

20       A.     Okay, so the recommendation is

21   made for us to interview children at home,

22   also to interview them in a neutral place,

23   which more than likely for us, our setting,

24   purposes of -- is going to be the school, and

                         Francis-Martin

1

2      field, or they could be partnered with other

3      seasoned workers.

4                During training they're learning

5      about the different policies that affect the

6      work, or as policies are disseminated they're

7      being -- they're learning about them from

8      either their supervisors or their managers as

9      having support to explain what the policy is

10     about and how does it affect the work that

11     they do.

12         Q.     Are you familiar with something

13     called a training unit?

14         A.     Yes.

15         Q.     Back in 2008 and 2009, were there

16     training units within the borough offices?

17         A.     Yes.

18         Q.     After the caseworkers finished

19     their training at the Satterwhite Academy

20     during that period, were they assigned to

21     training units in the borough offices?

22         A.     Yes, they were.

23         Q.     How long were they assigned to

24     those training units for?

25         A.     I don't remember the exact length

62

Francis-Martin

2  of time.  I don't remember.

3      Q.     What was the purpose of the

4  training unit in the borough offices back in

5  2008 and 2009?

6      A.     So the training unit provided a

7  more timed atmosphere for how cases were

8  assigned.  They got one -- they -- the workers

9  in the training unit would receive only one

10  case per week.  That case -- when they got

11  that case, the same procedure is followed in

12  terms of how they receive guidance from the

13  supervisor.  On their first case they often

14  went out to the field with a supervisor to,

15  kind of, guide them through how to manage the

16  work while they're doing the interviews with

17  the family, while they're out there in the

18  field, or as time went on they'll probably go

19  with a more seasoned worker, and the case --

20  the pace of the assignment of cases is much

21  slower within the training unit so as to give

22  them time to process, to give them time to

23  understand what they're doing.  They're in

24  training, so it's to teach them, basically,

25  what they're -- teach them about the work in

63

Francis-Martin

1

2   which they're about to pursue, so it was more

3   timely.  It was more poised.  It was more

4   calm.  You're getting one case a week during

5   the first month, and then it gradually

6   increases to pretty much where -- as if you

7   were in a regular unit, because in a regular

8   unit you can get maybe one or two cases per

9   week or sometimes three, depending on the

10   season of the year and how many cases are

11   being called in.  It varies.

12        Q.     Earlier you mentioned the term

13   safety factors.  Do you recall mentioning

14   that?

15        A.     Um-hmm.

16        Q.     Under ACS policy, what was the

17   definition of safety factors back in 2009?

18        A.     They've always been the same.

19   Safety factors are factors which speaks

20   to triggers that may affect the safety of the

21   child.  For example, some of the safety

22   factors include there may be a weapon in the

23   home.  There may be domestic violence going

24   on.  Is there mental health -- there might be

25   a mental health concern, substance abuse, and

69

Francis-Martin

1   and practices?

2        A.      The casework practice guideline

3   back in those -- it contained steps and

4   different questions that could be asked during

5   the course of the -- during the course of the

6   investigation.  I don't recall that specific

7   policies were linked to the casework practice

8   guideline at that time.  I don't recall that

9   happening, that they were linked within, but

10  there were questions as to what could be

11  asked, what should be looking for, what were

12  the triggers, et cetera.

13       Q.      Were the casework practice

14  guidelines part of ACS policy?

15       A.      Yes, it was.

16       Q.      Okay.

17              The casework practice guidelines

18  were included in the casework practice guide;

19  is that correct?

20       A.      Yes.

21       Q.      Back in 2009, under ACS policy

22  were caseworkers required to try to make

23  observations of the unclothed portions of the

24  child's body during the investigation?

70

Francis-Martin

1

2    A.      Yes.

3    Q.      What were they supposed to be

4    looking for?

5    A.      Marks, suspicious marks or

6    bruises.  We would ask the caretaker to

7    disrobe the child, and children would be

8    observed in the presence of the caretaker to

9    assess if there were any suspicious marks or

10   bruises.

11   Q.      Okay.

12           Were ACS caseworkers required to

13   ask the caretaker to disrobe the child in

14   any -- in all types of cases?

15   A.      Yes.  Yes, they were.

16   Q.      Was that no matter what the

17   allegations were?

18   A.      That was part of our initial

19   assessment, to observe the child, if they have

20   any suspicious marks or bruises.  Yes,

21   because -- and that was done because sometimes

22   a case could be reported for -- regarding

23   mom's mental illness, but Mom is also using

24   excessive force to discipline this child and

25   leaving marks or bruises, so part of our